# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JORGE RIOS, | Case No. 1:17-cv-00728-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 17) |
| Defendant. | |

On February 26, 2018, the parties filed a stipulation for an extension of time for Defendant to respond to Plaintiff's motion for summary judgment. (ECF No. 17.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading shall be filed on or before April 13, 2018; and
2. Plaintiff's reply, if any, shall be filed on or before April 30, 2018.

IT IS SO ORDERED.

Dated: **February 26, 2018**

UNITED STATES MAGISTRATE JUDGE

1