# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RIOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-00728-SAB<br><br>ORDER RE STIPULATION FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 21) |

　　On May 14, 2018, the parties filed a stipulation for a third extension of time for Defendant to respond to Plaintiff's motion for summary judgment. (ECF No. 21.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　1.　　Defendant's responsive pleading shall be filed on or before May 22, 2018; and

　　2.　　Plaintiff's reply, if any, shall be filed on or before June 6, 2018.

IT IS SO ORDERED.

Dated: **May 15, 2018**

UNITED STATES MAGISTRATE JUDGE

1