# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RIOS, | Case No. 1:17-cv-00728-SAB |
| Plaintiff, | ORDER STRIKING UNSIGNED CONSENT FORM |
| v. | (ECF No. 9) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On June 29, 2017, Plaintiff filed an unsigned form consenting to the jurisdiction of a United States magistrate judge. (ECF No. 9.) Unsigned documents cannot be considered by the Court, and the consent form must be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, IT IS HEREBY ORDERED that the unsigned consent form (ECF No. 9) is stricken from the record. Plaintiff may file a signed consent form if he wishes to consent to the jurisdiction of a United States magistrate judge on or before June 27, 2018. Plaintiff is advised that he is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

IT IS SO ORDERED.

Dated: __June 21, 2018__

UNITED STATES MAGISTRATE JUDGE

1